STATE of Maine

v.

Linwood KNOWLES.

Supreme Judicial Court of Maine.

Submitted on Briefs Nov. 5, 1986.

Decided Nov. 25, 1986.

David W. Crook, Dist. Atty., Skowhegan, for plaintiff.

Jeffrey L. Hjelm, Bangor, for defendant.

Before McKUSICK, C.J., and NICHOLS, ROBERTS, WATHEN, GLASSMAN, and CLIFFORD, JJ.

MEMORANDUM DECISION.

Following a nonjury trial by the Superior Court, Somerset County, Linwood Knowles appeals his convictions for operating a motor vehicle after being declared an habitual offender and operating under the influence, 29 M.R.S.A. §§ 2298, 1312–B (Supp.1985), challenging the sufficiency of the evidence.

Viewing the evidence in the light most favorable to the State, the Superior Court rationally could have found beyond a reasonable doubt every element of the offenses charged and the nonexistence of the competing harms defense. *State v. Barry*, 495 A.2d 825, 826 (Me.1985); *State v. Raubeson*, 488 A.2d 1379, 1380 (Me.1985); 17–A M.R.S.A. § 103 (1983).

The entry is:

Judgment affirmed.

All concurring.